**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 212 WAL 2018 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| THOMAS V. GIBSON, ERIN C. TORRES, | : | |
| ROBERT J. DINGER, JOHN E. | : | |
| HARDISTY, | : | |
| | : | |
| Petitioners | : | |

## <u>ORDER</u>

**PER CURIAM**

　　　**AND NOW**, this 11th day of October, 2018, the Petition for Allowance of Appeal is

**DENIED**.